Certificate Number: 05781-NJ-DE-027990049

Bankruptcy Case Number: 16-22418



05781-NJ-DE-027990049

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 30, 2016</u>, at <u>4:41</u> o'clock <u>PM PDT</u>, <u>Nicole Kitchen</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>August 30, 2016</u>

By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>